# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH YELLOW HAMMER, SR., <br><br> Defendant. | CR 17-22-GF-BMM <br><br> ORDER |

An unopposed motion to reset sentencing deadlines (Doc. 30), is now before the Court. The parties seek additional time to submit their sentencing memorandum, currently scheduled for August 8, 2017. Accordingly,

IT IS HEREBY ORDERED the unopposed motion to reset deadlines, (Doc. 30), is GRANTED. The Court vacates the sentencing memorandum deadlines and resets them to **October 4, 2017**.

DATED this 8th day of August, 2017.

Brian Morris
United States District Court Judge